UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**FALON RADCLIFFE, as mother and next friend of JOSEPH LELAND RUTLEDGE, an infant**                                     **PLAINTIFF**

v.                                                                                              CAUSE NO. 4:10-cv-00165-HTW-LRA

**RUSH MEDICAL FOUNDATION d/b/a RUSH FOUNDATION HOSPITAL; LAUDERDALE EMERGENCY GROUP, LLC; and DOES I-X**                                                                                **DEFENDANTS**

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated by and among all parties having appeared herein that all claims and contentions of liability alleged in the Complaint, and any amendment thereto, filed in the above styled and numbered cause against the Defendants, Lauderdale Emergency Group, LLC and Rush Medical Foundation d/b/a Rush Foundation Hospital, are hereby dismissed, with prejudice, pursuant to Rule 41(a)(1)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE, with each party to bear their own costs.

SO STIPULATED, this the 15th day of April, 2011.

FOLLETT CARTER ATTORNEYS

By: /s/ George Follett
GEORGE FOLLETT, MSB #5395
WILLIAM B. CARTER, MSB #5910
*Attorneys for the Plaintiff*

HOLLAND, RAY, UPCHURCH & HILLEN, P.A.

By: /s/ David W. Upchurch
DAVID W. UPCHURCH, MSB #10558
*Attorneys for the Defendant, Lauderdale Emergency Group, LLC*

HAMMACK, BARRY, THAGGARD & MAY, LLP

By: /s/ Kacey G. Bailey
WILLIAM C. HAMMACK, MSB #2994
KACEY G. BAILEY, MSB #102271
*Attorneys for the Defendant, Rush Medical Foundation d/b/a Rush Foundation Hospital*